ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8933
   Facsimile: (415) 744-0134
   E-Mail: paul.sachelari@ssa.gov

Attorneys for Defendant,

JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DEBBIE M. LEWIS, | No. CV 09-7606 DTB |
| Plaintiff, | |
| v. | [**PROPOSED**] JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

DATED: May 15, 2012

_____
HON. DAVID T. BRISTOW
United States Magistrate Judge