1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Debbie Lewis

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11 DEBBIE LEWIS,                          ) Case No.: CV 09-07606 DTB
                                          )
12         Plaintiff,                     ) (PROPOSED) ORDER AWARDING
                                          ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                                 ) ATTORNEY FEES AND EXPENSES
                                          ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,                     ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,       ) U.S.C. § 1920
15                                        )
           Defendant                      )
16 _____        )

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $3,200.00 as
20
   authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized
21
   by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22
   DATE:    July 16, 2012
23
                                              _____
24
                                              THE HONORABLE DAVID T. BRISTOW
25                                            UNITED STATES MAGISTRATE JUDGE

26

                                         -1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ *Lawrence D. Rohlfing*
   | _____
4 | Lawrence D. Rohlfing
   | Attorney for plaintiff Debbie Lewis

-2-